FILED: December 31, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1794
(1:24-cv-01957-GLR)

_____

HADASSAH FEINBERG

    Plaintiff - Appellant

v.

FERDINAND CINTRON, JR.; JOSH SHAPIRO; FRANCIS CHARDO; COLIN ZWALLY; SCOTT SMITH; MICHELLE AVERY; EMILY HOFFMAN; JOSHUA YOUNG; JEFF ENDERS; STEPHEN LIBHART; SALLY LUPINI; ERIKA MARTEL; CARRIE SELF; GABI WILLIAMS; VALERIE ARKOOSH; VINCENT PAESE; ADAM YOUNG; LAVAL MILLER-WILSON; ANDREA BANKES; LARRY KRASNER; COREY DICKERSON; ANDREW BATH; LEE ANN TARASI; CHRISTIAN RIBEC; ROBERT MARTIN; MARCIE SMITH; ERIC SMITH; ROSA CRUZ; MANDJOU SYLLA; JULIE REIS; JOSHUA APPLEBY; CURRIN HAINES-YODER; KATHRYN CROWELL; KENNY YOUNG; KIM DEIBLER; MARISA MCCLELLAN; NOELLE BARRETT; GEORGE P. HARTWICK, III; ALYSSA SCHATZ; ANDREA MARTIN; ALLISON VAJDIC; SEAN MCCORMACK; TAMARA B. WILLIS; LISA WHEELER; JOHN F. CHERRY; WAYNE A. JACOBS; MICHAEL PALERMO; JOHN J. MCNALLY; MATTHEW P. SMITH; KIMBERLY KARDELIS; SAM GOLDBERG; EDWARD E. GUIDO; BRIDGET WHITLEY; BRAD WINNICK; JAMES SCHWARTZMAN; SETH WILLIAMS; BRIAN WOLFE; MARLON OSBOURNE; PAIGE KULSA; BRYAN R. HENNEMAN; ROGETTE HARRIS; AMANDA OZENBAUGH; STEPHEN OLSZEWSKI; TOM MCGARRITY; THOMAS CARTER; ANNA M. CIARDI

    Defendants - Appellees

_____

# MANDATE

_____

The judgment of this court, entered December 9, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

<u>/s/Nwamaka Anowi, Clerk</u>